**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**v.**                      **4:09CR00081-01-WRW**

**SHANIN WILLIAMS**

### ORDER

Pending is the Prosecution's Motion to Dismiss Without Prejudice (Doc. No. 15). On October 20, 2009, under a plea agreement, Defendant pled guilty to Count 1 of the Indictment in case number 4:08-CR-00303-JLH. The plea agreement in that case called for the United States to dismiss the Indictment in this case (4:09-CR-00081-01-WRW). Accordingly, the Motion is GRANTED and the Indictment in this case is DISMISSED without prejudice. The Prosecution's Motion to Continue (Doc. No. 14) is DENIED as MOOT.

IT IS SO ORDERED this 3rd day of November, 2009.

                                             /s/Wm. R. Wilson, Jr.
                                        UNITED STATES DISTRICT JUDGE